# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>IGNACIO HERNANDEZ-TOVAR,<br><br>                Defendant. | CASE NO. 11CR5179-AJB<br><br>**JUDGMENT OF DISMISSAL** |

FILED
11 DEC 27 AM 8:31
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

    21:952 and 960 - Importation of Marijuana

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/23/11

                                              ANTHONY J. BATTAGLIA
                                              UNITED STATES DISTRICT JUDGE